UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Nos.  8:18-cv-01100-JLS-DFM                               Date:  November 07, 2019
Titles:  Snowy Village USA, Inc. et al. v. Ick Jae Kim et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO RETAIN COUNSEL**

On September 30, 2019 the Court granted unopposed Motions for Leave to Withdraw as Counsel filed by Frederic M. Douglas (Doc. 67) and Frederick W. Lee (Doc. 68).  (September 30 Order, Doc. 71.)  Douglas and Lee were counsel for Defendants Ick Jae Kim and Amann Corporation Co., LTD in this case.  In the September 30 Order, the Court noted that under "Local Rule 83-2.2.2, organizations, including corporations, may not appear in any action or proceeding unless represented by an attorney" and ordered Amann Corporation Co., LTD  to "obtain new representation and apprise the Court that they have done so within thirty (30) days from the date of this Order."  The Court warned that failure to do so could result in an entry of default, if appropriate, in this action.  Douglas has since filed a declaration in which he attests that he has repeatedly contacted Ick Jae Kim and Amann in reference to the September 30 Order and notified them of the consequences of non-compliance.  (*See* Doc. 72.)  The thirty-day window set forth in the September 30 Order has expired and Amann has not notified the Court that it has obtained substitute counsel.

Accordingly, Amann is ORDERED to show cause, in writing, no later than **seven (7) days** from the date of the Order, why the clerk should not enter default against it in this action.  Failure to timely respond will result in an entry of default.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.   8:18-cv-01100-JLS-DFM                                        Date:  November 07, 2019
Titles:  Snowy Village USA, Inc. et al. v. Ick Jae Kim et al.

The Clerk is DIRECTED to serve a copy of this Order on Ick Jae Kim and Amann Corporation Co., LTD at 301 North Lake Avenue, Suite 150, Pasadena, CA 91101.[1]

Initials of Preparer:  tg

---

[1] The is the address at which both Ick Jae Kim and Amann Corporation Co., LTD were initially served in this matter. (Ick Jae Kim POS, Doc. 2-3; Amann Corporation POS, Doc. 2-4.)