UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos. 8:18-cv-01100-JLS-DFM                                     Date: November 18, 2019
Titles: Snowy Village USA, Inc. v. Ick Jae Kim et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                                          Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER (1) ON AMANN'S FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE (Doc. 73) AND (2) ORDERING AMANN TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ITS COUNTERCLAIMS**

    On November 7, 2019 the Court ordered Amann Corporation Co., LTD to show cause why the Court should not enter default against it in this action. (Doc. 73.) Amann has not responded within the timeframe set forth in that order. Accordingly, Plaintiff shall either dismiss its claims against Amann or seek entry of default against Amann within **seven (7) days**.

    Additionally, the Court ORDERS Amann to show cause, in writing, no later than **seven (7) days** from the date of this Order, why the Court should not dismiss its counterclaims in this action. Failure to timely respond will result in the immediate dismissal of Amann's counterclaims in this case.

    The Clerk is DIRECTED to serve a copy of this Order on Amann Corporation Co., LTD at 301 North Lake Avenue, Suite 150, Pasadena, CA 91101.

    Initials of Preparer: tg