| | |
|---|---|
| Case No. 8:18-cv-01100-JLS-DFM | Date: January 31, 2020 |
| Title: Snowy Village USA, Inc. v. Ick Jae Kim et al. | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

      Not Present                                    Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

      On December 9, 2019, the Clerk entered default against Amann Corporation Co., LTD. (Doc. 81.) Plaintiff Snowy Village USA, Inc. has not since further prosecuted its claims. Accordingly, Plaintiff is ORDERED to show cause, in writing, no later than **seven (7) days** from the date of this Order, why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b). Filing an application for default judgment against Amann shall constitute a sufficient showing and discharge Plaintiff of its obligations hereunder. Failure to timely respond to this order will result in dismissal of this action.

                                                                  Initials of Preparer: tg