JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOWY VILLAGE USA, INC.<br>V. ICK JAE KIM ET AL. | CASE NO. 8:18-cv-01100-JLS-DFM<br><br>**JUDGMENT OF DISMISSAL** |

On January 11, 2021, the Court denied Plaintiff's Motion for Default Judgment. (Order, Doc. 101). Having concluded that Plaintiff failed to meet their burden to establish default judgment, the Court hereby DISMISSES THE ACTION WITH PREJUDICE.

DATED: February 11, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE